COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-05-463-CV

 

 

IN RE AMERICAN IRONHORSE                                                  RELATOR

MOTORCYCLE COMPANY, INC.

 

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relator's petition for writ of mandamus and is of the
opinion that relief should be denied. 
Accordingly, relator's petition for writ of mandamus is denied.

Relator
shall pay all costs of this original proceeding, for which let execution issue.

 

PER CURIAM

 

 

PANEL B: DAUPHINOT, WALKER, and MCCOY, JJ.

 

DELIVERED: 
January 10, 2006








 

DAUPHINOT, J., would request a response.











    [1]See
Tex. R. App. P. 47.4.